**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00281-HDM-LRL |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DARREN DULANEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The court has considered the report and recommendation of the United States Magistrate Judge (#26) filed on January 18, 2007, in which the Magistrate Judge recommends that this court deny defendant's motion to suppress (#17). The government responded to the defendant's motion (#20). The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

    **ADOPTS AND ACCEPTS** the report and recommendation of the United

1

States Magistrate Judge (#26).  Accordingly, defendant's motion is **DENIED**.

It is so **ORDERED**.

DATED: This 1st day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE