IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,                        2:06-cr-00281-HDM

  vs.                                   ORDER

DARREN DULANEY,

        Defendant.

_____/

    The probation department has recommended that the defendant's request to travel to Mexico, Belize and Honduras be approved. Should the government have an objection it should be filed on or before March 11, 2015.

    It is so Ordered.

    Dated this 5th day of March, 2015.

                                                  *Howard D. McKibben*

                                                  UNITED STATES DISTRICT JUDGE