# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00281-HDM-LRL |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| DARREN DULANEY, | ) | |
| Defendant. | ) | |

Defendant has filed a motion for early termination of supervised release (ECF No. 85). The United States Probation Office shall file a response to the motion, and the government shall file any objections, no later than August 4, 2017.

**IT IS SO ORDERED.**

DATED: This 13th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE