UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00281-HDM-LRL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARREN DULANEY, | |
| Defendant. | |

On August 7, 2017, this court entered an order granting defendant's motion for early termination of supervised release (ECF No. 87). Per the order, the defendant's supervision would terminate on April 27, 2018, on the condition that defendant did not violate any of his conditions of supervised release between August 7, 2017 and April 27, 2018.

On November 14, 2017, the U.S. Probation Office alerted the court that defendant was not in compliance with the terms of his supervised release. The U.S. Probation Office recommended that defendant serve the entire term of his supervised release scheduled to expire on April 27, 2019. The court concurred with the proposed course of action. Therefore, the court's previous order granting defendant's motion for early termination of supervised release (ECF No. 87) is hereby VACATED nunc pro tunc to November 14, 2017, and defendant shall remain under supervision until April 27, 2019.

IT IS SO ORDERED.

DATED THIS 9th day of July, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE